Same case below, 367 Fed. Appx. 492.

**No. 09-10582. Cardrick D. Flowers, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

561 U.S. 1015, 130 S. Ct. 3494, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5127.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 585 F.3d 413.

**No. 09-10641. Brian M. Norman, Petitioner v. Ohio.**

561 U.S. 1015, 130 S. Ct. 3481, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5131.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Ross County, denied.

**No. 09-10592. Jerrold Lynn Martin, Petitioner v. United States.**

561 U.S. 1015, 130 S. Ct. 3480, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5142.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 596 F.3d 284.

**No. 09-10648. Edward Smith, Petitioner v. United States, et al.**

561 U.S. 1015, 130 S. Ct. 3481, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 4987.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 394.

**No. 09-10611. Paul Junior Ramirez, Petitioner v. David L. Runnels, Warden.**

561 U.S. 1015, 130 S. Ct. 3480, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5099.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 925.

**No. 09-10649. Jacob Bowman, Petitioner v. Kevin Milyard, Warden.**

561 U.S. 1016, 130 S. Ct. 3481, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5085.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 397.

**No. 09-10612. Karey Bernard Statin, Petitioner v. United States.**

561 U.S. 1015, 130 S. Ct. 3481, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5120.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10672. Marvel Jones, Petitioner v. Francis E. Britten.**

561 U.S. 1016, 130 S. Ct. 3481, 177 L. Ed. 2d 1073, 2010 U.S. LEXIS 5119.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.